EDNY-BKNY
02-CR-606
BLOCK

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
MOTION INFORMATION STATEMENT**

**ORIGINAL**

Caption [use short title] __USA v. GOTTI, et al.__

Docket Number(s): __04-2746-cr__

Motion for: __MOTION TO WITHDRAW APEAL ON BEHALF OF PRIMO CASSARINO__

Set forth below precise, complete statement of relief sought: Defendant-Appellant Primo Cassarino moves to withdraw his appeal.

**MOVING PARTY:** __Primo Cassarino__
☐ Plaintiff   ■ Defendant
■ Appellant/Petitioner   ■ Cross-Appellee

**MOVING ATTORNEY:**
Richard Ware Levitt, Esq.
148 E. 78th Street
New York, NY 10021
(212) 737-0400
rlevitt@richardlevitt.com

**OPPOSING ATTORNEY:**
AUSA Katya Jestin
U.S. Attorney's Office
Eastern District of New York
One Pierrepont Plaza
Brooklyn, N.Y. 11201
(718) 254-7000

FILED IN CLERKS OFFICE U.S. DISTRICT COURT ED. N.Y. ★ JUN 15 2005 ★ P.M. TIME A.M.

UNITED STATES COURT OF APPEALS FILED MAY 6 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

**OPPOSING PARTY:** __USA__

Court-Judge/Agency appealed from: __United States District Court (EDNY)(Hon. Frederic Block, J.)__

Please check appropriate boxes:

Has consent of opposing counsel:
 A. been sought?    ☐ Yes ■ No
 B. been obtained?  ☐ Yes ■ No

Is oral argument requested?    ☐ Yes ■ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set:  ■ Yes ☐ No
If yes, enter date __as early as week of 6/27/05__

Signature of Moving Attorney: _[signature]_   Date: __May 5, 2005__

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in
 In this Court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

UNITED STATES COURT OF APPEALS FILED MAY 11 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

Has service been effected?  ■ Yes ☐ No
[Attach proof of service]

## ORDER

Leave this space blank.
IT IS HEREBY ORDERED that the motion is (granted) ~~denied~~. At appellant Cassarino's request, Appeal No. 04-5071 is dismissed.

A TRUE COPY
Date: __5-11-05__   Roseann B. MacKechnie, CLERK
by _[signature]_
DEPUTY CLERK

Form T-1080 (Revised 12/12/01)

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _Tracy W. Young_
Tracy Young, Administrative Attorney

MANDATE ISSUED: 6-1-X