TIME: 30 MINUTES.

## CRIMINAL CAUSE FOR SENTENCING

BEFORE BLOCK. J.    8/28/07    Time: 3pm

CR- 05-328 (FB)    DEFT NUMBER: 1
CR-02-606
DEFT NAME: PRIMO CASSAZINO

__✗__ present  ___ not present  __✗__ cust.  ___ bail

DEFENSE COUNSEL: RICHARD SHANLEY.

__✗__ present  ___ not present   CJA   RET.   LAS

A.U.S.A.: TARYN MERKL

E.S.R.: FRED G.

CLERK mji

OTHER:

INT: (LANG.-    )

__✗__ CASE CALLED.          ___ SENTENCING ADJ'D TO_____.

__✗__ SENTENCING HELD.   __✗__ STATEMENTS OF DEFT AND COUNSEL HEARD.

__✗__ DEFT SENTENCED ON COUNT(S) __1__ OF THE

(Superseding) Indictment / Information.

SENTENCE TEXT:
SEE JUDGMENT FOR DETAILS.

REMAINING OPEN COUNTS ARE DISMISSED ON    __✗__ GOVTS MOTION
                                          ___ COURT'S MOTION

__✗__ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.    ___ DEFT ON BAIL PENDING APPEAL.

OTHER: MOTION FOR RULE 35 AS TO RE-SENTING FOR THE CONVICTION IN CR-02-606 IS GRANTED, REASONS STATED ON THE RECORD, SEE AMENDED J&C IN CR-02-606 FOR DETAILS.